UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN ORTIZ,
                    Plaintiff,

            -v-

BEST BUY STORES, L.P.,
                    Defendant.

22-CV-4279 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

       This case was removed from New York Supreme Court, New York County, on May 25, 2022.  Counsel for the plaintiff is directed to file an appearance with this Court no later than June 27, 2022.

       Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by June 6, 2022.

       Additionally, Plaintiff is ordered to show cause as to why the Southern District of New York, instead of the Eastern District of New York, is the proper venue for this case within two weeks of Plaintiff's counsel filing an appearance with this Court.  Defendant's notice of removal alleges that Defendant does not reside in this district, and Plaintiff alleges in his complaint that the events that give rise to his claims occurred in Queens County.  *See* 28 U.S.C. § 1391 ("A civil action may be brought in — (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . ."). Queens County is located within the Eastern District of New York.  *See* 28 U.S.C. § 112(c) ("The Eastern District comprises the counties of Kings, Nassau, Queens, Richmond, and Suffolk

. . . .").  The Court shall transfer this case to the Eastern District of New York if cause is not shown.

    SO ORDERED.

Dated: June 1, 2022
      New York, New York

_____
J. PAUL OETKEN
United States District Judge