UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN ORTIZ,

                 Plaintiff,

-v-

BEST BUY STORES, LP,

                 Defendant.

22-CV-4279 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The jury trial in this case is scheduled to commence on December 16, 2024, at 9:30 a.m. in Courtroom 706, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

On or before November 18, 2024, the parties shall file (1) a joint pretrial order in accordance with this Court's Individual Rules, (2) any motions in limine, and (3) proposed voir dire questions and jury instructions. Responses to motions in limine shall be filed within one week of the filing of any such motion.

The parties shall file a joint status letter within one week of completion of mediation, and in any event no later than October 4, 2024.

SO ORDERED.

Dated: May 23, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge